IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **Armorio M. Lucas,** | ) |
| **Petitioner,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-227 (MTT) |
| **Warden Darrell Hart,** | ) ) ) |
| **Respondent.** | ) ) ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 10) of United States Magistrate Judge Charles H. Weigle on the Defendant's Motion to Dismiss (Doc. 6). In the Recommendation, the Magistrate Judge recommends dismissing this action because the Petitioner's petition for writ of habeas corpus is untimely under the one year period of limitation set forth in 28 U.S.C. § 2244(d). Therefore, the Petitioner's petition should be dismissed because it is barred by the applicable limitations period and because Petitioner failed to show any cause for tolling the limitations period. The Petitioner has not objected to the Recommendation.

After thorough review of the record, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Petitioner's convictions were affirmed by the Georgia Court of Appeals on February 4, 2009, and his convictions became final on February 14, 2009, after the Petitioner failed to either move for reconsideration or file a notice of intent to apply for certiorari to the Georgia Supreme Court. The Petitioner did not file this petition for writ of habeas corpus until June 10, 2011, well after the one year limitations period of 28 U.S.C. § 2244. (Doc. 1).

Further, pursuant to the Magistrate Judge's recommendation, a certificate of appealability is denied.  The Recommendation is adopted and made the order of this Court.  The Motion to Dismiss is **GRANTED**.  (Doc. 10).

**SO ORDERED**, this the 28th day of December, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
